◼ In the Matter of JASMINE G. and Others, Children Alleged to be Neglected. PAMELA G., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [47 NYS3d 311]—

Order of fact-finding, Family Court, New York County (Clark V. Richardson, J.), entered on or about November 2, 2015, which, after a hearing, determined that respondent mother neglected the subject child Jasmine G. and derivatively neglected the subject child Jackie B., unanimously affirmed, without costs.

The court's finding of neglect was supported by a preponderance of the evidence showing that the mother neglected the older daughter, then age 13, by impairing her physical, mental or emotional condition (*see* Family Ct Act § 1012 [f] [i] [A], [B]). The mother impaired the subject child's physical condition by making her sit outside the home in freezing temperatures for hours at a time, without sufficient clothing or proper food, while yelling and cursing at her from inside (*see Matter of Jessica DiB.*, 6 AD3d 533, 534 [2d Dept 2004]). The mother also withheld food from the child, or offered her foods that she did not like or was allergic to, so that the younger daughter would have to sneak food to her sister, at the risk of getting into trouble. As she previously did with her oldest child, a son, the mother emotionally rejected the subject child, stating in front of her that the petitioner agency could "keep" her (*Matter of Jason G. [Pamela G.]*, 126 AD3d 489, 490 [1st Dept 2015]; *see Matter of Shawntay S. [Stephanie R.]*, 114 AD3d 502 [1st Dept 2014]).

These actions and lack of insight demonstrated a flawed understanding of her parental responsibilities sufficient to sup-

port the derivative finding of neglect with respect to her youngest child, who witnessed the treatment of her sister (*see Matter of Vincent M.*, 193 AD2d 398 [1st Dept 1993]).

We have considered the mother's remaining arguments and find them unavailing. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Gesmer, JJ.